IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK A. GATES**

    **Appellant,**

**v.**

**BANTERRA BANK**

    **Appellee.**					**Case No. 06-CV-041-DRH**

## ORDER

**HERNDON, District Judge:**

Before the Court is Appellant's Motion for Extension of Time to File Appellant's Brief. (Doc. 6.) As Appellee does not object to an extension and because it would not appear to prejudice either party, the Court finds that the Motion should be **GRANTED**. Accordingly, appellant Mark A. Gates is hereby granted until **Wednesday**, **March 22, 2006**, to file his brief pursuant to **FEDERAL RULES OF BANKRUPTCY PROCEDURE 8009**.

    **IT IS SO ORDERED.**

Signed this 7th day of March, 2006.

                                                  /s/         David RHerndon
                                                  **United States District Court**