IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BANTERRA BANK,**

    **Plaintiff-Appellee,**

v.

**MARK A. GATES,**

                                                  Adversary No.  05-4071

    **Defendant-Appellant.**                Case No.  06-CV-41-DRH

## ORDER

**HERNDON, District Judge:**

        Plaintiff-Appellee Banterra Bank has filed a Second Motion for Extension of Time to File its responding brief (Doc. 13).  Plaintiff-Appellee moves with consent of Defendant-Appellant.  The Motion for Extension of Time (Doc. 13) is hereby **GRANTED**, allowing Banterra Bank until **May 25, 2006** to file its Plaintiff-Appellee Brief.

        **IT IS SO ORDERED.**

        Signed this 12th day of May, 2006.

                                                  /s/        David RHerndon
                                                  **United States District Judge**