# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**MARK A. GATES,**

    **Debtor-Appellant,**

**v.**     **CIVIL ACTION NO.  06-CV-41 DRH**

**BANTERRA BANK,**

    **Creditor-Appellee.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on debtor-appellant Mark Gates's appeal of the judgment of the United States Bankruptcy Court for the Southern District of Illinois.

**IT IS ORDERED AND ADJUDGED**, pursuant to **11 U.S.C. § 523(a)(2)(A),** Gate's liability to Banterra, as stated in Adversary No. 05-4017, filed in the United States Bankruptcy Court for the Southern District of Illinois, regarding Chapter 7 Bankruptcy Proceeding No. 04-41715, is hereby dischargeable.

                                                        **NORBERT G. JAWORSKI, CLERK**

October 2, 2006.     BY:     /s/Patricia Brown
                                                                            Deputy Clerk

APPROVED:/s/          David   RHerndon
                   **U.S. DISTRICT JUDGE**